#1071

CT/sent (6/1/95)

HONORABLE Ian Nevas
DEPUTY CLERK Montz  (RPTR/ERO/TAPE) Catuar
USPO Lopez  INTERPRETER _____

TOTAL TIME: ___ hours 40 minutes

DATE 1-30-96   START TIME 2:05   END TIME 2:45

CR. No. 3:94-112   DEFT # 16

UNITED STATES OF AMERICA §  Ted Heinrich  AUSA
§  Joe Martini
vs. §
§
Luis Noel Cruz §  Larry Hopkins  DEFENSE

## SENTENCING

☑ ... Sentencing held ☐ Sentencing continued until _____ at _____

☑ ... Deft failed to appear, Bench warrant to issue

☑ ... Court departs ☐ upward from the guidelines ☐ downward from the guidelines

☑ ... Life month(s) imprisonment on Count(s) 1, 2, 25 & 26 and _____ month(s) imprisonment on Count(s) 10 years on Count 24; 20 years on Ct 27.

☑ ... a.11  Sentence on Count(s) _____ shall run ☑ concurrently ☐ consecutively ☐ to sentence imposed on Count(s) _____ ☐ to state sentence

☐ ... Deft shall get credit for time served on Count(s) _____

☐ ... Upon release the defendant shall be on supervised release for a term of _____ years/months

☐ ... Deft placed on probation for a period of _____ years/months on Count(s) _____

☐ ... Upon a finding of guilt as to count(s) _____, the court finds beyond a reasonable doubt, and orders that the items listed in count(s) _____ shall be forfeited to the government pursuant to Title 18, United States Code, Section 2253(a) & (e)

☐ ... Deft shall pay a fine of $_____ on Count(s) _____ to be paid by _____ ☐ in installments of $_____ per _____

☑ ... A Special Assessment of ☑ $50.00 ☐ $25.00 is imposed as to each of Count(s) 1, 2, 24, 25, 26, 27 to be paid immediately for a total of $300

☐ ... Court recommends incarceration at _____

☐ ... Deft shall pay $_____ per month for the cost of ☐ incarceration ☐ supervised release ☐ community confinement (halfway house)

☐ ... Deft ordered to surrender on _____ to ☐ U.S. Marshal ☐ institution

☐ ... Bond ☐ continued ☐ set at $_____

☑ ... Deft remanded to the custody of the U. S. Marshal

☐ kdismcntgv .. Govt's motion to dismiss remaining counts filed; ☐ GRANTED ☐ DENIED

☐ ... Govt's oral motion to dismiss remaining counts - ☐ (kdismcnt.) GRANTED ☐ DENIED

☑ kpsi ..... PSI filed under seal ☑ If not appealed, PSI may be unsealed & returned to USPO

☐ ... _____

☐ SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE

9