Attachment

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Luis Noel Cruz | Case No. 3:94CR112 (JCH)<br><br>ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)<br><br>(COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☒ GRANTED

 ☒ The defendant's previously imposed sentence of imprisonment on Counts 1, 2, 25, and 26 of <u>Life Imprisonment</u> is reduced to <u> 30 years.</u> If this sentence is less than the amount of time the defendant already served, the sentence is reduced to a time served; or

 ☐ Time served.

If the defendant's sentence is reduced to time served:

  ☐ This order is stayed for up to fourteen days, for the verification of the defendant's residence and/or establishment of a release plan, to make appropriate travel arrangements, and to ensure the defendant's safe release. The defendant shall be released as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made,

and it is safe for the defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, the parties shall immediately notify the court and show cause why the stay should be extended; or

☒ There being a verified residence and an appropriate release plan in place, the defendant shall be released.

☐ The defendant must provide the complete address where the defendant will reside upon release to the probation office in the district where they will be released because it was not included in the motion for sentence reduction.

☒ Under 18 U.S.C. § 3582(c)(1)(A), the defendant is ordered to serve a "special term" of ☐ probation or ☒ supervised release of __60__ months (not to exceed the unserved portion of the original term of imprisonment).

☐ The defendant's previously imposed conditions of supervised release as modified below apply to the "special term" of supervision as amended

☒ The conditions of the "special term" of supervision are as follows:

The modified conditions of supervised release below apply to the "special term" of supervision. The defendant shall be on quarantine for 21 days and may not leave his residence for any reason, except for medical emergency, or upon the direction of the USPO.

☐ The defendant's previously imposed conditions of supervised release are unchanged.

☒  The defendant's previously imposed conditions of supervised release (See Reimposed Judgment (Doc.No. 2331)) are modified to add the following special conditions:

1.) Upon release, the defendant shall reside with his mother at her current residence in Tampa, FL.

2.) The defendant shall not communicate, or otherwise interact, with any known member of the Latin Kings, without first obtaining the permission of the Probation Office.

3.) The defendant shall participate in a program recommended by the Probation Office and approved by the court for mental health treatment.  The defendant shall follow all rules and regulation of the program.  The Probation Office, in consultation with the treatment provider, shall supervise the defendant's participation in the program.  The defendant shall pay all or a portion of the costs associated with treatment based on the defendant's ability to pay as determined by the Probation Office.

DEFERRED pending supplemental briefing and/or a hearing. The court DIRECTS the United States Attorney to file a response on or before _____, along with all Bureau of Prisons records (medical, institutional, administrative) relevant to this motion.

☐ DENIED after complete review of the motion on the merits.
    ☐ FACTORS CONSIDERED (Optional)
_____
_____

☐ DENIED WITHOUT PREJUDICE because the defendant has not exhausted all administrative remedies as required in 18 U.S.C. § 3582(c)(1)(A), nor have 30 days lapsed since receipt of the defendant's request by the warden of the defendant's facility.

**IT IS SO ORDERED**.

Dated in New Haven, Connecticut, this __9th__ Day of April 2021

                                       /s/Janet C. Hall
                                       United States District Judge